**SO ORDERED.**

**SIGNED this 8th day of December, 2022.**



*Lena Mansori James*
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| | ) | |
| Product Quest Manufacturing, LLC | ) | Case No. 18-50946 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CONSENT ORDER GRANTING APPLICATION OF CHEMPOINT.COM INC. FOR ALLOWANCE OF CLAIM FOR ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503

This matter came on before the above-signed United States Bankruptcy Judge, with the consent of the undersigned Chapter 7 Trustee, upon the *Application of ChemPoint.com Inc. for Administrative Expenses Pursuant to 11 U.S.C. § 503* (the "Application") filed by ChemPoint.com Inc. ("Creditor") requesting the allowance of a priority Chapter 7 administrative expense of $29,731.96 in the bankruptcy case of Ei, LLC (Case No. 18-50945) pending before this Court, which was jointly administered with the above-captioned case at the time of the Application's filing. The Court having considered the Application and the record in this case finds and concludes as follows:

1.  On January 9, 2019, Applicant filed the Application, requesting that an administrative expense claim in the amount of $29,731.96 be allowed against the Debtor, Ei, LLC

(the "Debtor").[1]

2. Pursuant to the Application, the administrative expenses incurred are entitled to priority as administrative expenses under §§ 507(a)(2) and 503(b)(9) ("goods sold to the debtor in the ordinary course of such debtor's business") of the Bankruptcy Code.

3. On November 8, 2022, C. Edwin Allman, III, Trustee (the "Trustee") in the above-referenced case filed that certain *Response to the Application of ChemPoint.com Inc. for Administrative Expenses Pursuant to 11 U.S.C. § 503* (the "Response") [Doc. No. 1002], stating that the Trustee had no objection to Chempoint.com Inc. being allowed an administrative expense in the amount of $29,731.96 pursuant to 11 U.S.C. § 503 in the case of Ei LLC (18-50945).

4. The Chapter 7 Trustee consents to entry of this Order.

5. Notice of the Application and notice of the Response was sent to all interested parties.

6. No objections to the Application or Response have been received.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that ChemPoint.com Inc. shall be allowed a Chapter 11 administrative expense in the amount of $29,731.96 pursuant to 11 U.S.C. § 503 in the case of Ei, LLC, Case No. 18-50945.

[*Signature Page to Follow*]

---

[1] The above-referenced case was jointly administered at the time of the filing of the Application. The Debtors in these cases, along with the associated case number, are: (i) Ei LLC (18-50945); (ii) Product Quest Manufacturing, LLC (18-5096); (iii) Scherer Labs International, LLC (18-50948); (iv) Product Quest Logistics, LLC (18-50950)l (v) JBTRS, L.L.C. (18-50951); and (vi) PQ Real Estate LLC (18-50952).

2

**WE CONSENT ON THIS 5th DAY OF DECEMBER, 2022:**

*[signature]*

C. Edwin Allman, III, Esq., State Bar No. 8625
ALLMAN SPRY DAVIS LEGGETT & CRUMPLER
Post Office Drawer 5129
Winston-Salem, NC 27113-5129

*Chapter 7 Trustee*

/s/ John M. Moye
John M. Moye (NC State Bar # 35463)
BARNES & THORNBURG LLP
4208 Six Forks Road, Suite 1010
Raleigh, NC 27609-5738

3475 Piedmont Road N.E., Suite 1700
Atlanta, GA 30305-3327

Allison Scarlott (*pro hac vice pending*)
BARNES & THORNBURG LLP
11 S Meridian Street
Indianapolis IN 46220

*Counsel for Claimant ChemPoint.com Inc.*

#END OF DOCUMENT#