Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 920,000.00 | | 920,000.00 | FA |
| 2. 11a. Accounts Receivable, 90 Days Old or Less, Technology | 190,077.17 | 179,944.70 | | 179,944.70 | FA |
| 3. 19.3 Raw Material, Packaging | 5,292,470.21 | 145,755.07 | | 145,755.07 | FA |
| On May 28, 2019, an Order was entered granting Trustee authority to abandon all personal property located at 411 Internal Drive, NW, Concord, North Carolina. Included in this abandonment was packaging having a gross book value of $3,237,008.34. Various individual sales of this asset took place pursuant to an order entered 11/28/18 [docket #322]. Reports of these various sales were itemized in monthly operating reports filed by Trustee from November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | | | | | |
| 4. Unscheduled/Unknown Cobra Reimbursement | Unknown | 9,984.50 | | 9,984.50 | FA |
| 5. Restitution Reimbursement (u) | 0.00 | 100.00 | | 100.00 | FA |
| 6. 9.0 Deposits and Prepayments | 524,342.62 | 5,924.04 | | 5,924.04 | FA |
| 7. Documentation and Tech Transfers (u) | 0.00 | 457,400.00 | | 457,400.00 | FA |
| Various individual sales of this asset took place pursuant to an order entered 11/28/18 [docket #322]. Reports of these various sales were itemized in monthly operating reports filed by Trustee from November 2018 thru November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | | | | | |
| 8. 11b. Accounts Receivable, 90 Days Old or More, Contract | 385,401.51 | 215,320.33 | | 215,320.33 | FA |

Page: 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-50945  LMJ | Judge: Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee | |
| Case Name: | EI LLC | | Date Filed (f) or Converted (c): | 10/31/2018 (c) | |
| | | | 341(a) Meeting Date: | 12/07/2018 | |
| For Period Ending: | 04/05/2023 | | Claims Bar Date: | 01/09/2019 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. 19.2 Raw Material, Chemicals<br><br>On May 28, 2019, an Order was entered granting Trustee authority to abandon all personal property located at 411 Internal Drive, NW, Concord, North Carolina. Included in this Order were chemicals having a gross book value of $7,668.68.<br><br>Various individual sales of this asset took place pursuant to an order entered 11/28/18 [docket #322]. Reports of these various sales were itemized in monthly operating reports filed by Trustee from November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | 1,501,022.76 | 1,140,697.94 | | 1,140,697.94 | FA |
| 10. 21.1 Finished Goods, Contract<br><br>On May 28, 2019, an Order was entered granting Trustee authority to abandon all personal property located at 411 Internal Drive, NW, Concord, North Carolina. Included in this Order was finished goods having a gross book value of $140,488.24.<br><br>Various individual sales of this asset took place pursuant to an order entered 11/28/18 [docket #322]. Reports of these various sales were itemized in monthly operating reports filed by Trustee from November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | 1,925,710.99 | 262,145.31 | | 262,145.31 | FA |

Page: 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 19.1 Raw Materials, Bulk<br><br>On May 28, 2019, an Order was entered granting Trustee authority to abandon all personal property located at 411 Internal Drive, NW, Concord, North Carolina. Included in this Order was bulk having a gross book value of $145,984.79. One sale of raw materials, bulk, in the amount of $24,958.49 took place on 12/21/18.<br><br>Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | 4,179,628.62 | 24,958.49 | | 24,958.49 | FA |
| 12. 11a. Account Receivable, 90 Days Old or Less, Contract | 3,044,427.35 | 40,050.40 | | 40,050.40 | FA |
| 13. 20.0 Work In Progress<br><br>This asset was sold upon the entry of the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 445,099.61 | 0.00 | | 0.00 | FA |
| 14. 21.2 Finished Goods, In Transit<br><br>This asset was sold upon the entry of the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 7,293,956.09 | 0.00 | | 0.00 | FA |
| 15. 21.3 Finished Goods, Retail<br><br>Various individual sales of this asset took place pursuant to an order entered 11/28/18 [docket #322]. Reports of these various sales were itemized in monthly operating reports filed by Trustee from November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | 241,100.68 | 204,767.96 | | 204,767.96 | FA |

Page: 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 18-50945 | LMJ | Judge: | Lena M. James |
| Case Name: | Ei LLC | | | |
| For Period Ending: | 04/05/2023 | | | |

| | |
|---|---|
| Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| 341(a) Meeting Date: | 12/07/2018 |
| Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 22.1 Excess & Obsolete Reserves<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 0.00 | 0.00 | | 0.00 | FA |
| 17. 39.0 Office Furniture<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 33,919.08 | 0.00 | | 0.00 | FA |
| 18. 40.1 Office Fixtures<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 20,076.08 | 0.00 | | 0.00 | FA |
| 19. 41.0 Office equipment, computers, systems and softwares<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 216,601.22 | 0.00 | | 0.00 | FA |
| 20. 47.1 2000 Ford F-650<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 3.16 | 0.00 | | 0.00 | FA |
| 21. 47.2 2005 Columbia Freightliner-9213 Trailer<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 4,753.24 | 0.00 | | 0.00 | FA |
| 22. 50.0 Other Machinery, fixutres & equipment<br><br>This asset was sold pursuant to the order allowing the turn key sale entered 7/23/19 [docket #120]. See Asset Number 39 for a full description of the turn key sale proceeds. | 5,230,816.95 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 55.1 Kannapolis Building, Land & Improvements, NC<br><br>Sold per turn key sale order entered 7/23/19 [docket #120]. Value attributed to building, land and improvements is $2,000,000.00. See Report of Sale filed 8/15/19 [docket #134]. | 9,076,739.00 | 1,790,358.99 | | 1,790,358.99 | FA |
| 24. 55.2 Landis Building, Land & Improvement, NC<br><br>This asset was sold pursuant to Order entered 7/25/19 [docket #123] - see Report of Sale filed 8/15/19 [docket #133]. | 1,054,497.00 | 82,236.30 | | 82,236.30 | FA |
| 25. 60.1 Patents, copyrights, trademarks & trade secrets - Monoxidil ANDA 2% | Unknown | 681,150.00 | | 681,150.00 | FA |
| 26. 60.2 Patents, copyrights, trademarks & trade secrets - Monoxidil ANDA 5% | Unknown | 681,150.00 | | 681,150.00 | FA |
| 27. 74.1 Lawsuit<br><br>The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by former owners of the Kainos Capital acquisition entity in the August 14, 2015 Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.<br><br>The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery. the only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | Unknown | | 2,800,000.00 | FA |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 463,020.31 | 0.00 | | 0.00 | FA |
| 29. 77.2 Intercompany Debt (Over 90 Days) | 829.81 | 0.00 | | 0.00 | FA |
| 30. McMaster-Carr Supply Company (u)<br><br>Refund for Credit 69826290-Material Return | Unknown | 495.72 | | 495.72 | FA |

Page: 6

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Service for Customer Owned Inventory (u)<br><br>Any value which this asset may have had ended with the turn key sale referred to in order entered 7/23/19 [docket #120] | Unknown | 500.00 | | 500.00 | FA |
| 32. 11b. Account Receivable, Over 90 Days Old, Retail<br><br>Zero Value | 18,297.48 | 0.00 | | 0.00 | FA |
| 33. 11b. Accounts Receivable, 90 Days Old or More, Technology | 886,069.72 | 13,523.89 | | 13,523.89 | FA |
| 34. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u)<br><br>One individual sale of this asset took place pursuant to an order entered 11/28/18 [docket #322]. A report of this sale was itemized in one of monthly operating reports filed by Trustee from November 2018 thru May 2019. Upon entry of the order allowing the turn key sale entered 7/23/19 [docket #120] all remaining value of this asset was sold. See Asset Number 39 for a full description of the turn key sale proceeds. | 0.00 | 1,053.36 | | 1,053.36 | FA |

Page: 7

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35. 3.1 Bank of America Deposity (5747)<br><br>The blocked accounts opened during the Chapter 11 case continued to be used pursuant to the Order Authorizing the Trustee to Operate the Debtors' businesses. The activity of the blocked accounts was reported in Trustee's Monthly Operating Reports. The accounts were closed during the past quarter and remaining funds which did not represent post-petition receivables were sent directly to Madison Capital Funding. Account ending in 5747 had a balance of $584,182.85 on July 1, 2019. A refund by the bank (for account analysis fees) in the amount of $1,494.87 occurred on 7/15/19; Madison Capital received a cashier's check of $579,819.62 on 7/29/19; and the Trustee received a check for $4,363.03 on 8/7/19. The $4,363.03 sent to Trustee represented an account receivable collection from Kroger's which Kroger wired into the account in error. The $4,363.03 check from Bank of America representing the wire transfer from the Kroger 's was deposited in the Product Quest Manufacturing trustee account (case number 18-50946) on 8/7/19. | 1,951,326.20 | 0.00 | | 0.00 | FA |
| 36. UTILITY SERVICE PROVIDERS REFUNDS (u)<br><br>NON-COMPENSABLE (BILLED & PAID IN ADVANCED, CANCELLATION CREDITS) | Unknown | 30,783.16 | | 30,783.16 | FA |
| 37. PETTY CASH (u)<br><br>NON-COMPENSABLE | 0.00 | 1,640.67 | | 1,640.67 | FA |
| 38. NONCOMPENSABLE INSURANCE CANCELLATION REIMBURSEMENTS<br><br>Asset added in error | Unknown | 0.00 | | 0.00 | FA |
| 39. TURN KEY PURCHASE PER ORDER #120<br><br>Turn key sale pursuant to Order entered July 25, 2019 [docket #123]. See Report of Sale filed 8/15/19 [docket #134]. | 0.00 | 2,100,000.00 | | 2,100,000.00 | FA |

Page: 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50945 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EI LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. Section 547 Recoveries (u) All collectible preferences have been settled. | 0.00 | 678,278.24 | | 678,278.24 | FA |
| 41. Non-compensable Trustee Bond Reimbursement (u) Reimbursement of Trustee's Bond (Non-Compensable) | Unknown | 752.00 | | 752.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $43,980,186.86   $9,668,971.07   $12,468,971.07   $0.00

(Total Dollar Amount In Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EIGHTEENTH INTERIM REPORT (First Quarter 2023)

During the preceding quarter agreements were reached with the WARN Plaintiffs in Walker v. Product Quest Manufacturing, LLC, and EI LLC, et al. (Adv. Proc. No. 18-6028) (the "WARN Action"). In addition, an agreement was reached with Madison Capital Funding LLC as agent for certain lenders ("Madison") with respect to its Claim in the case. Motions seeking approval of settlements were filed with respect to the WARN Action and the Madison Claim. A preliminary hearing seeking approval of the WARN Action settlement is scheduled for April 12, 2023. Should the Court give preliminary approval of the Warn Action settlement, the Trustee intends to file an Omnibus Objection to all employee claims filed in this case in the companion case of Product Quest Manufacturing, LLC (18-50946) as such claims will be duplicative of the WARN Action settlement. Other than this Omnibus Objection to employee claims based on duplication, all other claim objections have been successfully resolved and appropriate Orders entered.

During the upcoming calendar quarter hearings are scheduled on the WARN Action and Madison Claim settlements. Assuming the settlements are approved by the Court, the Trustee will be in a position to submit his final report to the bankruptcy administrator in June 2023.

Initial Projected Date of Final Report (TFR): 12/31/2020   Current Projected Date of Final Report (TFR): 08/01/2023

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee   Date: 04/05/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50945
Case Name: Ei LLC

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0914
Checking

Taxpayer ID No: XX-XXX6099
For Period Ending: 03/31/2023

Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00  $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50945
Case Name: El LLC

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0063
Checking

Taxpayer ID No: XX-XXX6099
For Period Ending: 03/31/2023

Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $3,020,774.53 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $3,018,566.31 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $3,016,358.09 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,994.52 | $3,014,363.57 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $6,410.96 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $6,410.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,410.96 |

Page Subtotals: $0.00   $6,410.96

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0063 - Checking | $7,611,514.90 | $6,240,798.01 | $3,014,363.57 |
| XXXXXX0914 - Checking | $4,857,456.17 | $3,213,809.49 | $0.00 |
|  | $12,468,971.07 | $9,454,607.50 | $3,014,363.57 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $12,468,971.07 |
| Total Gross Receipts: | $12,468,971.07 |

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee     Date: 04/05/2023

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:        $0.00        $0.00